People v Highsmith (2025 NY Slip Op 05423)

People v Highsmith

2025 NY Slip Op 05423

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025

PRESENT: BANNISTER, J.P., OGDEN, GREENWOOD, AND DELCONTE, JJ. (Filed Oct. 3, 2025.)

MOTION NO. (1102/98) KA 25-00324.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
ROY B. HIGHSMITH, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.